IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| IAN KILMARTIN, | ) | Civil Action No.  3:24-cv-06014-MGL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **PLAINTIFF'S LOCAL RULE 26.01** |
| | ) | **INTERROGATORY ANSWERS** |
| BRIAN LEE ROZEK, THE PETTIEST OFFICER OF THE U.S. COAST GUARD, JOHN/JANE DOE INDIVIDUALS and ENTITIES | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

NOW COMES PLAINTIFF, by and through the undersigned counsel, and answers the Local Rule 26.01 Interrogatories as follows:

### Interrogatory Answers

(A) State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER: The Plaintiff is unaware of any such person or legal entity at this time.**

(B) As to each claim, state whether it should be tried jury or nonjury and why.

**ANSWER: Plaintiff has asserted legal claims for which he has demanded a jury.**

(C) State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**ANSWER: The Plaintiff is not a publicly owned company.**

1

(D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to appropriateness of the division). *See* Local Civil Rule 3.01.

**ANSWER: Plaintiff is a resident of this Division.**

(E) Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the relation action; (2) an explanation of how the matter are related; and (3) a statement of the status of the relation action. Counsel should disclose any case which may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court base on a determination of whether the cases: arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER: None to the Plaintiff's knowledge.**

(F) If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER: Not applicable for Plaintiff.**

(G) If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**ANSWER: None to the Plaintiff's knowledge other than the Defendants above named.**

(H) In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a) the names and citizenship of the individual or entity whose citizenship is attributed to that party or intervenor is as follows:

**ANSWER**: Plaintiff Ian Kilmartin is a citizen and resident of Richland County, South Carolina. Defendant Brian Lee Rozek is a citizen and resident of Cuyahoga County, Ohio.

Charleston, South Carolina
October 22, 2024

**BLAND RICHTER, LLP**
*Attorneys for the Plaintiff*

*s/Ronald L. Richter, Jr.*
Ronald L. Richter, Jr. (Federal Bar No. 6264)
*s/Scott M. Mongillo*
Scott M. Mongillo (Federal Bar No. 7436)
Peoples Building
18 Broad Street, Mezzanine
Charleston, South Carolina 29401
T: 843.573.9900 | F: 843.573.0200
ronnie@blandrichter.com
scott@blandrichter.com

*s/ Eric S. Bland*
Eric S. Bland (Federal Bar No. 5472)
105 West Main Street, Suite D
Lexington, South Carolina 29072
T: 803.256.9664 | F: 803.256.3056
ericbland@blandrichter.com