IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| IAN KILMARTIN,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN LEE ROZEK, THE PETTIEST OFFICER OF THE U.S. COAST GUARD, JOHN/JANE DOE INDIVIDUALS and ENTITIES<br><br>Defendants. | ) | Civil Action No.: 3:24-CV-06014-MGL<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

COMES NOW the Plaintiff, by and through his undersigned attorneys, and pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), files this Notice of Dismissal with Prejudice.

**BLAND RICHTER, LLP**
***Attorneys for the Plaintiff***

**By**: ***s/Eric S. Bland***
Eric S. Bland (FID 5472)
105 West Main Street, Suite D
Lexington, South Carolin 29072
(803) 256-9664
ericbland@blandrichter.com

Ronnie Richter (FID 6264)
Scott Mongillo (FID 7436)
Peoples Building, Mezzanine Level
18 Broad Street
Charleston, South Carolina 29401
ronnie@blandrichter.com
scott@blandrichter.com

December 11, 2024